FILED

10/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0608

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0608

STATE OF MONTANA,

Plaintiff and Appellee,

v.

BILLIE JO HENDERSON,

Defendant and Appellant.

**ORDER**

Appellant Billie Jo Henderson moves to stay his appeal and to remand to the Eighth Judicial District Court, Cascade County, for consideration of his motion for a new trial. The State of Montana does not oppose the motion to stay the appeal.

IT IS THEREFORE ORDERED that the motion stay appeal is GRANTED, and the briefing schedule is VACATED. The Clerk is directed to transmit the record to the Eighth Judicial District Court. If the District Court denies Ms. Henderson's motion for a new trial, it shall promptly transmit its written order and the record back to this Court, and the appellate briefing schedule will commence upon transmittal of the record. If the District Court grants Ms. Henderson's

motion for a new trial, the parties shall give notice to the Clerk of this Court forthwith, and the appeal will be dismissed as moot.

The Clerk of this Court is directed to provide a copy of this Order to all counsel of record in this case as well as to the Honorable Elizabeth A. Best.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 23 2023